**Terry Dwight SANDERS, Petitioner— Appellant,**

v.

**K.J. WENDT, Warden, Respondent— Appellee.**

**No. 06–6141.**

United States Court of Appeals, Fourth Circuit.

Submitted May 18, 2006.

Decided May 31, 2006.

Terry Dwight Sanders, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Dwight Sanders, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. Wendt,* No. 1:04–cv–00–204–FPS (N.D.W.Va. Jan. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*